## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Jud Walton,                                    * From the 238th District
                                                 Court of Midland County,
                                                 Trial Court No. CV-47,184.

Vs. No. 11-11-00237-CV                         * August 30, 2013

City of Midland,                               * Opinion by McCall, J.
                                                 (Panel consists of: Wright, C.J.,
                                                 McCall, J., and Judge Herod,
                                                 sitting by assignment)
                                                 (Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Jud Walton.